UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. LANG, | ) Case No. CV 14-8724-PJW |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| LOS ANGELES UNIFIED SCHOOL, DISTRICT, | ) |
| Defendants. | ) |

Pursuant to the Order Granting Defendant's Motion to Dismiss,

IT IS ADJUDGED that the action is dismissed with prejudice.[1]

DATED:   April 8, 2015

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Consent\Lang v. Los Angeles Unified\judgment.wpd

---

[1] As set out in the Order, Plaintiff's state law claims are dismissed without prejudice to re-file them in state court.